THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTOINE FREEMAN, Appellant, v JOSEPH McCoy, as Superintendent of Cayuga Correctional Facility, Respondent. [715 NYS2d 352] —Appeal unanimously dismissed without costs. Memorandum: The issues presented on appeal concerning relator's preliminary parole revocation hearing have been rendered moot by the determination revoking relator's parole following the final parole revocation hearing (*see, People ex rel. Wagner v Travis,* 273 AD2d 849; *People ex rel. Chavis v McCoy,* 236 AD2d 892). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Balio and Lawton, JJ.